UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Bridget Tolliver**, | ) | |
| | ) | Case No. 1:10-cv-82 |
| Plaintiff, | ) | |
| | ) | Hon. Janet T. Neff |
| v. | ) | |
| | ) | |
| **NCO Financial Systems, Inc.**, | ) | |
| a Pennsylvania corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Settlement**

The parties have agreed to settle this lawsuit with prejudice and intend to file a Stipulation of Dismissal no later than Tuesday, April 13, 2010.

Dated: March 29, 2010

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com