UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Bridget Tolliver**, | ) |
| | )    Case No. 1:10-cv-82 |
| Plaintiff, | ) |
| | )    Hon. Janet T. Neff |
| v. | ) |
| | ) |
| **NCO Financial Systems, Inc.**, | ) |
| a Pennsylvania corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Bridget Tolliver, through her attorney of record, and defendant NCO Financial Systems, Inc., through its attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this action with prejudice.

Dated: April 12, 2010        /s/ Phillip C. Rogers
                                      Phillip C. Rogers (P34356)
                                      Attorney for Plaintiff
                                      40 Pearl Street, N.W., Suite 336
                                      Grand Rapids, Michigan 49503-3026
                                      (616) 776-1176
                                      ConsumerLawyer@aol.com

Dated: April 12, 2010        /s/ Deborah A. Lujan
                                        Deborah A. Lujan (P46990)
                                        Collins, Einhorn, Farrell & Ulanoff
                                        Attorneys for Defendant
                                        4000 Town Center, Suite 909
                                        Southfield, Michigan 48075
                                        (248) 355-4141
                                        deborah.lujan@ceflawyers.com